**Michael J. SINDRAM, Plaintiff–Appellant,**

v.

**COLUMBIA UNION COLLEGE, Defendant–Appellee.**

No. 02–1244.

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 14, 2002.

Michael J. Sindram, Appellant Pro Se. Lauri Elizabeth Cleary, Peter M. Rosenberg, Lerch, Early & Brewer, Bethesda, Maryland, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael J. Sindram appeals the district court's order denying leave to file his civil rights complaint. We have reviewed the record and the district court's memorandum opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Sindram v. Columbia Union Coll.*, No. CA–01–2954–S (D.Md. Feb. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*